**Kimberly F. SHAREEF, Plaintiff–Appellant,**

v.

**Patrick R. DONAHOE, Defendant–Appellee,**

**and**

**David Mills; Rodney K. Deflumeri, Defendants.**

**Kimberly F. Shareef, Plaintiff–Appellant,**

v.

**Patrick R. Donahoe, Defendant–Appellee,**

**and**

**David Mills; Rodney K. Deflumeri, Defendants.**

Nos. 13–1806, 13–2078.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2013.

Decided: Oct. 17, 2013.

Kimberly F. Shareef, Appellant Pro Se. James Michael Sullivan, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In No. 13–1806, Kimberly F. Shareef seeks to appeal the district court's order denying her motion for appointment of counsel. In No. 13–2078, Shareef seeks to appeal the district court's order denying her motion to compel and her motion for sanctions. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Shareef seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*